IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLIFFORD S. MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:13-cv-648-MEF |
| ) | WO |
| THE ALABAMA HISTORICAL ) | |
| COMMISSION, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #12) to the Recommendation of the Magistrate Judge filed on December 3, 2013 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #11) entered on November 21, 2013 is adopted;

3. Plaintiff's case is DISMISSED prior to service of process pursuant to 27 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted.

4. The motion for transfer (Doc. #8) is DENIED.

DONE this the 2nd day of January, 2014.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE